IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADRIAN MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Martinez's sentencing is continued to Tuesday, April 16, 2013, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated January 7, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge