IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

ADRIAN J. MARTINEZ,

Defendants.

**4:11CR3089**

**RELEASE ORDER**

The defendant is released subject to the following:

1)    The defendant shall appear at his sentencing hearing scheduled for April 16, 2013 at 12:00 p.m. (noon).  The hearing on defendant' Petition for Violation of Pretrial Release will be taken up at the time of his sentencing hearing.

2)    The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

a.    The defendant shall not possess or use alcohol, or be in an establishment where the primary revenue source for the business is alcohol sales.

b.    The defendant shall not travel outside of Polk, Warren, Madison, or Dallas Counties in Iowa, unless authorized for travel by the supervising officer or as needed to consult with his attorney or attend court hearings in Nebraska.

January 31, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge